UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WEINLE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00122-JDP<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

    Plaintiff Wendy Weinle appealed defendant's decision denying her application for Social Security benefits by filing a complaint before this court on January 28, 2019. ECF No. 1. On February 1 I issued a scheduling order, setting a deadline thirty days after service of the administrative record for plaintiff (1) to serve defendant with her letter brief and (2) to file proof of service. ECF No. 5, ¶ 3. Defendant filed the administrative record on July 24, 2019. ECF No. 9. Plaintiff has not filed a proof of service of her letter brief.

    To manage the docket effectively, I impose deadlines on litigants and requires litigants to meet those deadlines. When a plaintiff fails to comply with court-imposed deadlines, I may dismiss the plaintiff's case for failure to prosecute. *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at

least under certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

I will give plaintiff the opportunity to explain why the court should not dismiss the case for her failure to prosecute. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this case. Accordingly, plaintiff must show cause within thirty days of the date of entry of this order why the court should not dismiss her case for failure to prosecute.

IT IS SO ORDERED.

Dated: October 9, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205