UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WEINLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00122-JDP<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION AND ACCEPTING PLAINTIFF'S BRIEF<br><br>ECF Nos. 11 and 12 |

Plaintiff's opening brief is accepted and her request for an extension is granted. ECF Nos. 11 and 12. While I am not eager to see further delay in this case, plaintiff has adequately responded to my order to show cause. ECF No. 10.

Defendant's response brief is due thirty days from the date of this order. Plaintiff's reply brief, if any, is due fifteen days after defendant's response brief is filed.

IT IS SO ORDERED.

Dated: ___November 13, 2019___　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE