# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WEINLE,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:19-cv-00122-JDP<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION<br><br>ECF No. 14 |

Defendant's request for an extension, ECF No. 14, is granted. Defendant shall have up to and including January 21, 2020, to response to plaintiff's opening brief. Plaintiff's reply brief, if any, is due fifteen days after defendant's response brief is filed.

IT IS SO ORDERED.

Dated:   December 10, 2019                            /s/ Jeremy Peterson
                                                                         UNITED STATES MAGISTRATE JUDGE

No. 205.